**FILED**

09/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0336

_____

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

  v.                                    O R D E R

CODY JAMES SNIDER,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2020